UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

FILED-USBC, FLS-MIA
'26 FEB 27 PM3:16

**In re:**
Tiandria Tushieka Richardson,
Debtor, Pro Se

Case No. 26-12471-LMI

Chapter 13

## MOTION TO EXTEND AUTOMATIC STAY

Debtor, Tiandria Tushieka Richardson, files this Motion to Extend the Automatic Stay and states:

1. Debtor has filed previous bankruptcy case. The case number is 2024-bk-13597.

2. The cases was dismissed on or about October 29, 2025.

3. The prior Chapter 13 case was dismissed due to the Debtor's temporary inability to maintain plan payments after experiencing financial strain and instability in income. The dismissal was not due to bad faith, fraud, or abuse of the bankruptcy system, but rather a genuine inability to sustain the prior payment structure.

4. The Debtor filed the present case in good faith for the sole purpose of curing substantial mortgage arrears and maintaining payments on her principal residence. The prior case was dismissed due to financial hardship and inability to continue plan payments at that time.

5. Debtor is able to make the plan payments and intends to make the first payment to the Chapter 13 Trustee.

6. Debtor is requesting that the automatic stay continue as to all creditors so the Chapter 13 case may proceed.

1

WHEREFORE, Debtor requests that the Court extend the automatic stay.

Dated this February 27, 2026.

*[signature]*

Name: Tiandria Tushieka Richardson
Address: 1861 NW 69th Street
Miami FL  33147
email: freedom2default@aol.com